IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING & MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HM ELECTRONICS, INC.,<br><br>Defendant. | Civil Action No. 00CV 1187 PAM/JGL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Paul A. Magnuson<br>Magistrate Judge: Jonathan G. Lebedoff |

WHEREAS:

1. The Complaint in this action was filed on May 12, 2000 and served on May 15, 2000.

2. A response to the Complaint is due on June 5, 2000.

3. A motion to dismiss is pending in an action filed prior to the present action in the United States District Court for the Southern District of California relating to the same subject matter as the present action ("California action"), and a hearing on the motion is scheduled in the California action for July 10, 2000.

4. The resolution of the motion to dismiss in the California action may obviate motion practice in the present action.

WHEREFORE, the parties, through their respective counsel, stipulate that a response to the Complaint shall be filed and served no later than July 17, 2000.

FILED 6/7/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respectfully Submitted,

Dated: 6/2, 2000

By: [signature]

LATHAM & WATKINS
Mark A. Flagel (Cal. Bar No.: 110635)
Rosslyn Coldwell Stevens (Cal. Bar No.: 190615)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
(213) 485-1234

FAEGRE & BENSON LLP
Kenneth A. Liebman, #236731
Kara Benson, #248290
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

OF COUNSEL:
Stephen W. Buckingham (#133942)

Attorneys for Plaintiff
Minnesota Mining & Manufacturing Company

Dated: ________, 2000

By: ____________________________

HIGGS, FLETCHER & MACK LLP
Arthur A. Wellman Jr.
401 West A Street, Ste. 2600
San Diego, CA 92102
(619)236-92102

Attorneys for Defendant
HM Electronics, Inc.

Respectfully Submitted,

Dated: 6/2, 2000

By: [signature]

LATHAM & WATKINS
Mark A. Flagel (Cal. Bar No.: 110635)
Rosslyn Coldwell Stevens (Cal. Bar No.: 190615)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
(213) 485-1234

FAEGRE & BENSON LLP
Kenneth A. Liebman, #236731
Kara Benson, #248290
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

OF COUNSEL:
Stephen W. Buckingham (#133942)

Attorneys for Plaintiff
Minnesota Mining & Manufacturing Company

Dated: June 2, 2000

By: [signature]

HIGGS, FLETCHER & MACK LLP
Arthur A. Wellman Jr.
401 West A Street, Ste. 2600
San Diego, CA 92102
(619)236-92102

Attorneys for Defendant
HM Electronics, Inc.

**ORDER**

SO ORDERED.

Dated: June 7, 2000

Jonathan G. Lebedoff, U.S. Magistrate Judge