IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING & MANUFACTURING COMPANY,,<br><br>Plaintiff,<br><br>v.<br><br>HM ELECTRONICS, INC. ,<br><br>Defendant. | CASE NO. 00CV 1187 PAM/JGL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Paul A. Magnuson<br>Magistrate Judge: Jonathan G. Lebedoff |

WHEREAS:

1. The Complaint in this action was filed on May 12, 2000 and served on May 15, 2000.

2. A response to the Complaint is due on July 17, 2000, pursuant to a prior stipulation of the parties and order of this Court dated June 7, 2000.

3. A motion to dismiss is pending in an action filed prior to the present action in the United State District Court for the Southern District of California relating to the same subject matter as the present action ("California Action"), and an Order regarding said motion shall issue shortly.

4. The resolution of the motion to dismiss in the California action may obviate motion practice in the present action.

WHEREFORE, the parties, through their respective counsel, stipulate that a response to the Complaint shall be filed and served no later than July 31, 2000.

FILED________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Respectfully submitted

DATED: July 19, 2000

By: ______________________

LATHAM & WATKINS
Mark A. Flagel (Cal. Bar. No. 110635)
Rosslyn Coldwell Stevens
(Cal. Bar No. 190615)
633 W. Fifth Street #4000
Los Angeles, CA 90071-2007
(213) 485-1234

FAEGRE & BENSON LLP
Kenneth A. Liebman, #236731
Kara Benson, #248290
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

OF COUNSEL:
Stephen W. Buckingham, #133942

Attorneys for Plaintiff
Minnesota Mining & Manufacturing Company

DATED: July 17, 2000

By: ______________________

HIGGS, FLETCHER & MACK LLP
Bernard L. Kleinke. (Cal. #119021)
Arthur A. Wellman, Jr. (Cal. #178309)
Attorneys for Defendants
401 W. "A" Street #2600
San Diego, CA 92101
(619) 236-1551

Attorneys for Defendant
HM Electronics, Inc.

**ORDER**

SO ORDERED.

Dated: 7-21-2000

Jonathan G. Lebedoff, U.S. Magistrate Judge